**No. 63144.**—Liebermann Waelchli & Co., New York, Inc. *v.* United States, protest 58/6972 (New York).

Opinion by RICHARDSON, J. Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

**No. 63145.**—Liebermann Waelchli & Co., New York, Inc. *v.* United States, protest 58/15091 (New York).

Opinion by RICHARDSON, J. Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

**No. 63146.**—Columbia International Corporation *v.* United States, protest 58/17010 (New York).

Opinion by RICHARDSON, J. Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

BEFORE THE SECOND DIVISION, JUNE 10, 1959

**No. 63147.**—Covert Manufacturing Company *v.* United States, protest 58/7191 (New York).

Opinion by LAWRENCE, J. An examination of the protest disclosing that it was untimely filed under section 514, Tariff Act of 1930 (19 U.S.C. § 1514), the motion to dismiss was granted.

BEFORE THE THIRD DIVISION, JUNE 10, 1959

**No. 63148.**—Schenley Import Corp. *v.* United States, protest 129965–K (Philadelphia.).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508) and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiff was sustained.

**No. 63149.**—Air Express International Corp. *v.* United States, protest 58/6833 (New York).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.